

**United States District Court**
*Central District of California*
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

June 10, 2025

Clerk, United States District Court
_____ District of   South Dakota

Southern Division
400 S. Phillips Avenue
Sioux Falls SD 57104

Re:  Transfer of Jurisdiction of Probation
  Your Case No.   4:98CR40101-02
  Assigned Our Case No.   2:25-CR-00452-SVW
  Case Title:   USA v. Devon J. Bradford

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge  Dolly M. Gee  .

Please forward to this district copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By  /s/ A. Bandek
  Deputy Clerk

cc:  Probation Office, Central District of California
  Probation Office, District of Origin

CR-25 (06/24)   **TRANSMITTAL LETTER - PROBATION TRANSFER IN**